UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ALAMEDA COUNTY ELECTRICAL INDUSTRY SERVICE CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BANISTER ELECTRICAL, INC., <br><br> Defendant. <br> _____/ | No. C 11-04126 LB <br><br> **ORDER RE REQUEST FOR DISMISSAL** <br><br> [ECF No. 14] |

    Plaintiffs - the trust funds and the trustees of the employee benefit plans for electricians - filed a notice of voluntary dismissal in which they request that the action be dismissed with prejudice against Doe Defendants One through Ten. ECF No. 14 at 1. No defendant has served an answer or filed a motion for summary judgment. Thus, under Federal Rule of Federal Procedure 41(a), no court order was required to dismiss the specified defendants.

    The court, however, may dismiss the specified defendants. Plaintiffs have consented to this court's jurisdiction. ECF No. 5. And the court does not require the consent of the defendants to dismiss an action when the defendants have not been served and therefore are not parties under 28 U.S.C. § 636(c). *Ornelas v. De Frantz*, C 00-1067 JCS, 2000 WL 973684, at *2 n.2 (N.D. Cal. June 29, 2000) (citing *Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995)); *cf. United States v. Real Property*, 135 F. 3d 1312, 1316 (9th Cir. 1997) (holding that the consent of an individual who was not a party was not a precondition to the magistrate judge's jurisdiction).

Here, the court finds that dismissal is appropriate given the facts of the case and Plaintiffs' request. Accordingly, the court **DISMISSES** Doe Defendants One through Ten with prejudice.

This disposes of ECF No. 14.

**IT IS SO ORDERED.**

Dated: March 26, 2012

LAUREL BEELER
United States Magistrate Judge